# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO. 1:05CV206

| | |
|---|---|
| GLADYS REYNOLDS, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>) **J U D G M E N T**<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. )<br>_____) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED;** the Defendant's motion for summary judgment is **ALLOWED**; the Commissioner's decision denying social security benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

2

Signed: February 16, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge